[No. 27816-9-I.   Division One.   March 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRETT
LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-02881-6, Jerome M. Johnson, J., entered
January 14, 1991. *Dismissed* by unpublished per curiam
opinion.

[No. 30804-1-I.   Division One.   March 8, 1993.]

THE DEPARTMENT OF LICENSING, *Appellant*, v. ROGER
VOGEL, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 90-2-00697-5, Stanley K. Bruhn, J., entered
May 1, 1992. *Reversed* by unpublished per curiam opinion.

[No. 30143-8-I.   Division One.   March 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER D.
MOLSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-00713-4, Peter Jarvis, J., entered February
14, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 28837-7-I.   Division One.   March 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
E. RUFF, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom
County, No. 90-1-00254-6, David A. Nichols, J., entered June
20, 1991. *Affirmed* by unpublished per curiam opinion.